IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40987
Summary Calendar
_____

TOMMY LEE JACKSON,

Plaintiff-Appellant,

versus

H.E. KINKER, Assistant Warden,
Coffield Unit; JAMES W. PLESS,
Correctional Officer, Coffield
Unit,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-535
- - - - - - - - - - -
May 17, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Tommy Lee Jackson appeals the magistrate judge's dismissal of his civil rights suit as frivolous under 28 U.S.C. § 1915(d). We have reviewed the record, the magistrate judge's statement of reasons, and Jackson's brief; and we find no reversible error. Accordingly, we AFFIRM for essentially the same reasons stated by the magistrate judge. *Jackson v. Kinker*, No. 6:95-CV-535

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

(November 9, 1995).  Because of the disposition of Jackson's appeal, his motions for preparation of a transcript at government expense and for the court to "intervene and stop continuous deliberate indifference" are DENIED.

Jackson is reminded that he has been cautioned not to file frivolous appeals.  Any further frivolous filings by him will result in the forfeiting of his right to file any *pro se* and *in forma pauperis* suits without the permission of a judge.

JUDGMENT AFFIRMED; MOTIONS DENIED; SANCTIONS WARNING RE-ISSUED.